| | |
|---|---|
| 1 | McGREGOR W. SCOT<br>United States Attorney |
| 2 | JEFREY A. SPIVAK<br>Assistant U.S. Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-po-00099-SAB |
|---|---|
| Plaintiff, | [Citation #9072776 CA/74] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| MICHAEL J. CASE, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:19-po-00099-SAB [Citation #9072776 CA/74] against MICHAEL J. CASE without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 16, 2019

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:19-po-00099-SAB [Citations #9072776 CA/74] against MICHAEL J. CASE be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **October 16, 2019**

UNITED STATES MAGISTRATE JUDGE